**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| DIRECTORY ASSISTANTS, INC., *Plaintiff*, v. SUPERMEDIA LLC*, et al.*, *Defendants.* | Case No. 2:11-cv-480 |

**DEFENDANTS' MOTION TO DISMISS**

NOW COME Defendants SuperMedia LLC, Alejandro Caro, Steven Sapaugh, and Scott E. Duffy (collectively, "Defendants"), by counsel, and pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss Plaintiff's Complaint against them for failure to state a claim upon which relief may be granted.  In support of their motion, Defendants refer this Court to their memorandum in support, filed simultaneously herewith.

WHEREFORE, for the reasons stated in the accompanying memorandum of law in support of this motion to dismiss, Defendants respectfully request that this Court (1) grant their motion to dismiss; (2) dismiss the Complaint with prejudice; (3) award Defendants their attorneys' fees and costs incurred in defending this matter; and (4) award Defendants any other relief that this Court deems just and proper.

Respectfully submitted,

SUPERMEDIA LLC,
ALEJANDRO CARO,
STEVEN SAPAUGH and
SCOTT E. DUFFY

By Counsel

     /s/
Robert W. McFarland (VSB No. 24021)
Erin Q. Ashcroft (VSB No. 74636)
McGuireWoods LLP
101 W. Main Street, Ste. 9000
Norfolk, VA 23510
Tel:    757/640-3733
Fax:   757/670-3961
eashcroft@mcguirewoods.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that on October 3, 2011 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

    John B. Mumford, Jr.
    Kathryn E. Kransdorf
    Hancock, Daniel, Johnson & Nagle, P.C.
    Glen Allen, Virginia 23060
    Tel:    804/967-9604
    Fax:   804/967-2411

    Frank F. Coulom, Jr.
    Brett J Boskiewicz
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, Connecticut 06103
    Tel:    860/275-8200
    Fax:   860/275-8299

    *Counsel for Plaintiff*

                      /s/
                      Robert W. McFarland (VSB No. 24021)
                      Erin Q. Ashcroft (VSB No. 74636)
                      McGuireWoods LLP
                      101 W. Main Street, Ste. 9000
                      Norfolk, VA 23510
                      Tel:    757/640-3733
                      Fax:   757/670-3961
                      eashcroft@mcguirewoods.com

                      *Attorneys for Defendants*

\33861004.1