**From:** Bill Roots
**Sent:** Thursday, May 12, 2011 2:03 PM
**To:** Michael Cody
**Subject:** FW: Info About Cutter - Please forward

**From:** Catherine Fulton [mailto:drfulton@drcatherinefulton.com]
**Sent:** Tuesday, May 10, 2011 3:35 PM
**To:** Bill Roots
**Subject:** FW: Info About Cutter - Please forward

Who do you trust?

**From:** Duffy, Scott E. [mailto:Scott.E.Duffy@supermedia.com]
**Sent:** Tuesday, May 10, 2011 1:36 PM
**To:** Catherine Fulton
**Subject:** FW: Info About Cutter - Please forward  ,

**Scott Duffy | Media Consultant | SuperMedia LLC**
**T. 757-455-4023 | M. 757-651-7544 | F. 866-348-5490**



Google and AdWords are trademarks of Google Inc. and are registered in the U.S. and other countries.

**From:** Sapaugh, Steven E.
**Sent:** Friday, April 29, 2011 5:48 PM
**To:** Esterly, Michael; Pascasio, Rosario L.; Romaine, Lawrence A.; Sapaugh, Steven E.
**Cc:** McIntire, Kathy; Bennett, Lisa M.; Bezanson, Michelle K; Caro, Alejandro; Crockarell, Jeffrey E; Duffy, Scott E.; Hutton, Ronald C.; Menniti, Scott V; Thomas, Regina
**Subject:** FW: Info About Cutter - Please forward

1

thx for sharing Alex

Teams- we heard about these guys, they've been here before and all they do is hurt the client.
we do anything the client wants and we don't charge for it- we sell on value , not fear!
once the client signs with DA , DA collects for 2 or 3 years on the savings.
don't let this happen, so review and be aware
Steve


**Steve Sapaugh**
**District Sales Manager**
SuperMedia LLC
**T:** 757-455-4052  **M:** 757-377-2344  **F:** 866-333-1795
www.supermedia.com



**From:** Caro, Alejandro
**Sent:** Friday, April 29, 2011 3:42 PM
**To:** Sapaugh, Steven E.
**Subject:** Info About Cutter - Please forward

Heads up everyone, the cutter contacted my client Ingram Auto Parts. Her first question when we spoke was "how much can I save by getting rid of the color in my ad?" She was reluctant but gave me the name of the company. Here is what I have found on them. Just make sure you tell your clients' to contact you right away if they get the call (thanks Steve). Hopefully we can save some people from making mistakes on their programs.

The company is called Directory Assistants, Inc. Below are links to their website and several scam and legal reports.

Phone Numbers: 800-633-6707, 800-575-1595, 877-451-1738, 877-890-9066

Their website: http://www.yellowpagehelp.com/index.htm

RipOff Report: http://www.ripoffreport.com/directory/directory-assistants-inc.aspx

Scam Informer: http://www.scaminformer.com/scam-report/directory-assistants-inc-david-ford-dan-cassain-do-not-c19243.html

Court Ruling in Against Directory Assistants Inc: (see top of page 2)
http://www.alabamaappellatewatch.com/uploads/file/av041610.pdf

Court Ruling in Against Directory Assistants Inc: (about half way down)
http://www.margarethuffmediation.com/TN_ADR_cases.html

2 Pages of blog posts complaining about Directory Assistants Inc (DAI) specifically a sales rep named "Bruce Brown" (along with some obviously fake posts that are positive): http://800notes.com/Phone.aspx/1-800-575-1595/2


**Alex Caro**
Media Consultant
SuperMedia LLC
**T:** 757.455.4029  **M:** 757.621.3334  **F:** 877.383.3604
www.supermedia.com

2

Case 2:11-cv-00480-RGD -DEM   Document 10-1   Filed 10/17/11   Page 3 of 3 PageID# 106





3